1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                    ) 1:10-MC-00039-LJO
   |                                              )
12 |         Plaintiff,                           ) **STIPULATION AND ORDER EXTENDING**
   |                                              ) **THE UNITED STATES' TIME TO FILE A**
13 |    v.                                        ) **COMPLAINT FOR FORFEITURE AND/OR**
   |                                              ) **TO OBTAIN AN INDICTMENT ALLEGING**
14 | APPROXIMATELY $13,299.17 IN U.S.              ) **FORFEITURE**
   | CURRENCY SEIZED FROM JP MORGAN                )
15 | CHASE BANK ACCOUNT NO.                        )
   | 4422322597, HELD IN THE NAME OF               )
16 | CROSS CREEK BUILDING CENTER,                  )
   | INC.;                                         )
17 |                                               )
   | APPROXIMATELY $7,807.13 IN U.S.               )
18 | CURRENCY SEIZED FROM JP MORGAN                )
   | CHASE BANK ACCOUNT NO.                        )
19 | 3288085894, HELD IN THE NAME OF               )
   | CROSS CREEK BUILDING CENTER,                  )
20 | INC.;                                         )
   |                                               )
21 | APPROXIMATELY $2,257.35 IN U.S.               )
   | CURRENCY SEIZED FROM JP MORGAN                )
22 | CHASE BANK ACCOUNT NO.                        )
   | 5706789586, HELD IN THE NAMES OF              )
23 | BLANCA ELENA NOLAN AND ESTHER                 )
   | CASILLAS;                                     )
24 |                                               )
   | APPROXIMATELY $1,886.99 IN U.S.               )
25 | CURRENCY SEIZED FROM JP MORGAN                )
   | CHASE BANK ACCOUNT NO.                        )
26 | 2800690964, HELD IN THE NAMES OF              )
   | JOSEPH JAMES NOLAN AND BLANCA                 )
27 | ELENA NOLAN;                                  )
   |                                               )
28 |                                               )

| | |
|---|---|
| 1 | APPROXIMATELY $572.37 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. 825432206, HELD IN THE NAME OF K&N STONE MANUFACTURING, INC.; |
| 2 | APPROXIMATELY $165.89 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT 8726881994, HELD IN THE NAMES OF JOSEPH JAMES NOLAN AND BLANCA ELENA NOLAN; |
| 3 | APPROXIMATELY $134.50 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. 8842451457, HELD IN THE NAME OF K&N STONE MANUFACTURING, INC.; |
| 4 | APPROXIMATELY $134.39 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. 4422322183, HELD IN THE NAME OF CROSS CREEK BUILDING CENTER, INC.; |
| 5 | APPROXIMATELY $125.21 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. 978666512, HELD IN THE NAME OF K&N STONE MANUFACTURING, INC.; |
| 6 | APPROXIMATELY $102.92 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. 9446474522, HELD IN THE NAMES OF JOSEPH JAMES NOLAN AND BLANCA ELENA NOLAN; |
| 7 | APPROXIMATELY $74.32 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. 1811693729, HELD IN THE NAMES OF BLANCA ELENA NOLAN AND KELSEY ESTHER NOLAN; |
| 8 | APPROXIMATELY $10.00 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. 4940720489, HELD IN THE NAME OF BLANCA ELENA NOLAN; |

STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE

2

| | |
|---|---|
| APPROXIMATELY $4,825.79 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT 793-5127394, HELD IN THE NAMES OF BLANCA ELENA NOLAN AND KELSEY ESTHER NOLAN; | ) ) ) ) ) ) |
| APPROXIMATELY $172.44 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT 344-5068368, HELD IN THE NAMES OF JOSEPH JAMES NOLAN AND BLANCA ELENA NOLAN; | ) ) ) ) ) ) |
| APPROXIMATELY $67.27 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT 209-3961171, HELD IN THE NAMES OF JOSEPH JAMES NOLAN AND BLANCA ELENA NOLAN; | ) ) ) ) ) ) |
| APPROXIMATELY $35.61 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT 973-7158437, HELD IN THE NAMES OF BLANCA ELENA NOLAN AND KELSEY ESTHER NOLAN; and, | ) ) ) ) ) ) |
| APPROXIMATELY 178 ITEMS OF ASSORTED MARIJUANA GROW EQUIPMENT; | ) ) ) |
| Defendants. | ) ) |

It is hereby stipulated by and between the United States of America and Potential Claimants Joseph James Nolan, Blanca Elena Nolan, Kelsey Esther Nolan, and Esther Casillas (hereafter "Potential Claimants"), by and through their respective attorney, as follows:

1.  On or about June 17, 2010, Potential Claimants Joseph James Nolan, Blanca Elena Nolan, and Kelsey Esther Nolan filed a claim, in the administrative forfeiture proceeding, with the Drug Enforcement Administration ("DEA") with respect to the approximately $4,825.79 in U.S. Currency seized from Wells Fargo Bank account number 793-5127394, held in the names of Blanca Elena Nolan and Kelsey Esther Nolan, approximately $172.44 in U.S. Currency seized from Wells Fargo Bank account number 344-5068368, held in the names of Joseph James Nolan and Blanca Elena Nolan, approximately $165.89 in U.S. Currency seized from JP Morgan Chase Bank account

1  number 8726881994, held in the names of Joseph James Nolan and Blanca Elena Nolan,
2  approximately $67.27 in U.S. Currency seized from Wells Fargo Bank account number 209-
3  3961171, held in the names of Joseph James Nolan and Blanca Elena Nolan, and approximately
4  $35.61 in U.S. Currency seized from Wells Fargo Bank account number 973-7158437, held in the
5  names of Blanca Elena Nolan and Kelsey Esther Nolan, which were seized on or about March 18,
6  2010.

7  2.  On or about June 24, 2010, Potential Claimants filed a claim, in the administrative
8  forfeiture proceeding, with the DEA with respect to the approximately $1,886.99 in U.S. Currency
9  seized from JP Morgan Chase Bank account number 3800690964, held in the names of Joseph James
10 Nolan and Blanca Elena Nolan, and approximately $2,257.35 in U.S. Currency seized from JP
11 Morgan Chase Bank account number 5706789586, held in the names of Blanca Elena Nolan and
12 Esther Casillas, which were seized on or about March 18, 2010.

13 3.  On or about June 29, 2010, Potential Claimant Blanca Elena Nolan filed a claim, in
14 the administrative forfeiture proceeding, with the DEA with respect to the approximately $10.00 in
15 U.S. Currency seized from JP Morgan Chase Bank account number 4940720489, held in the name
16 of Blanca Elena Nolan, which was seized on or about March 18, 2010.

17 4.  On or about July 1, 2010, Potential Claimants Joseph James Nolan, Blanca Elena
18 Nolan, and Kelsey Esther Nolan filed a claim, in the administrative forfeiture proceeding, with the
19 DEA with respect to the approximately $102.92 in U.S. Currency seized from JP Morgan Chase
20 Bank account number 9446474522, held in the names of Joseph James Nolan and Blanca Elena
21 Nolan, approximately $74.32 in U.S. Currency seized from JP Morgan Chase Bank account number
22 1811693729, held in the names of Blanca Elena Nolan and Kelsey Esther Nolan, approximately
23 $134.39 in U.S. Currency seized from JP Morgan Chase Bank account number 4422322183, held
24 in the name of Cross Creek Building Center, Inc., approximately $13,299.17 in U.S. Currency seized
25 from JP Morgan Chase Bank account number 4422322597, held in the name of Cross Creek
26 Building Center, Inc., and approximately $7,807.13 in U.S. Currency seized from JP Morgan Chase
27 Bank account number 3288085894, held in the name of Cross Creek Building Center, Inc., which
28

were seized on or about March 18, 2010.

5. On or about July 13, 2010, Potential Claimant Joseph James Nolan filed a claim, in the administrative forfeiture proceeding, with the DEA with respect to the approximately 178 items of assorted marijuana grow equipment, which was seized on or about May 12, 2010.

6. On or about July 19, 2010, Potential Claimants Joseph James Nolan and Blanca E. Nolan filed a claim, in the administrative forfeiture proceeding, with the DEA with respect to the approximately $572.37 in U.S. Currency seized from JP Morgan Chase Bank account number 825432206, held in the name of K&N Stone Manufacturing, Inc., approximately $134.50 in U.S. Currency seized from JP Morgan Chase Bank account number 8842451457, held in the name of K&N Stone Manufacturing, Inc., and approximately $125.21 in U.S. Currency seized from JP Morgan Chase Bank account number 978666512, held in the name of K&N Stone Manufacturing, Inc., which were seized on or about March 18, 2010.

7. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Potential Claimants have filed a claim to the above-captioned assets as required by law in the administrative forfeiture proceeding.

8. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the above-captioned assets and/or to obtain an indictment alleging that the above-captioned assets are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

9. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to December 14, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the above-captioned assets and/or to obtain an indictment alleging that the above-captioned assets are subject to forfeiture.

10. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the above-captioned assets and/or to obtain an

indictment alleging that the above-captioned assets are subject to forfeiture shall be extended to December 14, 2010.

Dated: September 15, 2010                 BENJAMIN B. WAGNER
                                          United States Attorney


                                           /s/ Deanna L. Martinez
                                          DEANNA L. MARTINEZ
                                          Assistant United States Attorney


Dated: September 15, 2010                  /s/ Anthony P. Capozzi
                                          ANTHONY P. CAPOZZI
                                          Attorney for Potential Claimants
                                          Joseph James Nolan, Blanca Elena Nolan,
                                          Kelsey Esther Nolan, and Esther Casillas
                                          (Original signature retained by attorney)

**IT IS SO ORDERED.**

                    IT IS SO ORDERED.

**Dated:   September 17, 2010**                  /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING THE UNITED
STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE
AND/OR TO OBTAIN AN INDICTMENT ALLEGING
FORFEITURE                                6