BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-MC-00039-LJO |
| Plaintiff, | ***SECOND* STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| v. | |
| APPROXIMATELY $13,299.17 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. 4422322597, HELD IN THE NAME OF CROSS CREEK BUILDING CENTER, INC.; | |
| APPROXIMATELY $7,807.13 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. 3288085894, HELD IN THE NAME OF CROSS CREEK BUILDING CENTER, INC.; | |
| APPROXIMATELY $2,257.35 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. 5706789586, HELD IN THE NAMES OF BLANCA ELENA NOLAN AND ESTHER CASILLAS; | |
| APPROXIMATELY $1,886.99 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. 2800690964, HELD IN THE NAMES OF JOSEPH JAMES NOLAN AND BLANCA ELENA NOLAN; | |

| | | |
|---|---|---|
| 1 | APPROXIMATELY $572.37 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. 825432206, HELD IN THE NAME OF K&N STONE MANUFACTURING, INC.; | ) ) ) ) ) ) |
| 2 | | |
| 3 | | |
| 4 | APPROXIMATELY $165.89 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT 8726881994, HELD IN THE NAMES OF JOSEPH JAMES NOLAN AND BLANCA ELENA NOLAN; | ) ) ) ) ) ) ) |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | APPROXIMATELY $134.50 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. 8842451457, HELD IN THE NAME OF K&N STONE MANUFACTURING, INC.; | ) ) ) ) ) ) |
| 9 | | |
| 10 | | |
| 11 | APPROXIMATELY $134.39 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. 4422322183, HELD IN THE NAME OF CROSS CREEK BUILDING CENTER, INC.; | ) ) ) ) ) ) ) |
| 12 | | |
| 13 | | |
| 14 | APPROXIMATELY $125.21 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. 978666512, HELD IN THE NAME OF K&N STONE MANUFACTURING, INC.; | ) ) ) ) ) ) |
| 15 | | |
| 16 | | |
| 17 | APPROXIMATELY $102.92 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. 9446474522, HELD IN THE NAMES OF JOSEPH JAMES NOLAN AND BLANCA ELENA NOLAN; | ) ) ) ) ) ) ) |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | APPROXIMATELY $74.32 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. 1811693729, HELD IN THE NAMES OF BLANCA ELENA NOLAN AND KELSEY ESTHER NOLAN; | ) ) ) ) ) ) ) |
| 22 | | |
| 23 | | |
| 24 | APPROXIMATELY $10.00 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. 4940720489, HELD IN THE NAME OF BLANCA ELENA NOLAN; | ) ) ) ) ) ) |
| 25 | | |
| 26 | | |
| 27 | | ) ) |
| 28 | | ) ) |

STIPULATION AND ORDER EXTENDING THE UNITED
STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE
AND/OR TO OBTAIN AN INDICTMENT ALLEGING
FORFEITURE                                              2

| | |
|---|---|
| APPROXIMATELY $4,825.79 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT 793-5127394, HELD IN THE NAMES OF BLANCA ELENA NOLAN AND KELSEY ESTHER NOLAN; | ) ) ) ) ) ) |
| APPROXIMATELY $172.44 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT 344-5068368, HELD IN THE NAMES OF JOSEPH JAMES NOLAN AND BLANCA ELENA NOLAN; | ) ) ) ) ) ) |
| APPROXIMATELY $67.27 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT 209-3961171, HELD IN THE NAMES OF JOSEPH JAMES NOLAN AND BLANCA ELENA NOLAN; | ) ) ) ) ) ) |
| APPROXIMATELY $35.61 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT 973-7158437, HELD IN THE NAMES OF BLANCA ELENA NOLAN AND KELSEY ESTHER NOLAN; and, | ) ) ) ) ) ) |
| APPROXIMATELY 178 ITEMS OF ASSORTED MARIJUANA GROW EQUIPMENT; | ) ) ) |
| Defendants. | ) ) |

It is hereby stipulated by and between the United States of America and Potential Claimants Joseph James Nolan, Blanca Elena Nolan, Kelsey Esther Nolan, and Esther Casillas (hereafter "Potential Claimants"), by and through their respective attorney, as follows:

1. On or about June 17, 2010, Potential Claimants Joseph James Nolan, Blanca Elena Nolan, and Kelsey Esther Nolan filed a claim, in the administrative forfeiture proceeding, with the Drug Enforcement Administration ("DEA") with respect to the approximately $4,825.79 in U.S. Currency seized from Wells Fargo Bank account number 793-5127394, held in the names of Blanca Elena Nolan and Kelsey Esther Nolan, approximately $172.44 in U.S. Currency seized from Wells Fargo Bank account number 344-5068368, held in the names of Joseph James Nolan and Blanca Elena Nolan, approximately $165.89 in U.S. Currency seized from JP Morgan Chase Bank account

1  number 8726881994, held in the names of Joseph James Nolan and Blanca Elena Nolan, approximately $67.27 in U.S. Currency seized from Wells Fargo Bank account number 209-3961171, held in the names of Joseph James Nolan and Blanca Elena Nolan, and approximately $35.61 in U.S. Currency seized from Wells Fargo Bank account number 973-7158437, held in the names of Blanca Elena Nolan and Kelsey Esther Nolan, which were seized on or about March 18, 2010.

2.     On or about June 24, 2010, Potential Claimants filed a claim, in the administrative forfeiture proceeding, with the DEA with respect to the approximately $1,886.99 in U.S. Currency seized from JP Morgan Chase Bank account number 3800690964, held in the names of Joseph James Nolan and Blanca Elena Nolan, and approximately $2,257.35 in U.S. Currency seized from JP Morgan Chase Bank account number 5706789586, held in the names of Blanca Elena Nolan and Esther Casillas, which were seized on or about March 18, 2010.

3.     On or about June 29, 2010, Potential Claimant Blanca Elena Nolan filed a claim, in the administrative forfeiture proceeding, with the DEA with respect to the approximately $10.00 in U.S. Currency seized from JP Morgan Chase Bank account number 4940720489, held in the name of Blanca Elena Nolan, which was seized on or about March 18, 2010.

4.     On or about July 1, 2010, Potential Claimants Joseph James Nolan, Blanca Elena Nolan, and Kelsey Esther Nolan filed a claim, in the administrative forfeiture proceeding, with the DEA with respect to the approximately $102.92 in U.S. Currency seized from JP Morgan Chase Bank account number 9446474522, held in the names of Joseph James Nolan and Blanca Elena Nolan, approximately $74.32 in U.S. Currency seized from JP Morgan Chase Bank account number 1811693729, held in the names of Blanca Elena Nolan and Kelsey Esther Nolan, approximately $134.39 in U.S. Currency seized from JP Morgan Chase Bank account number 4422322183, held in the name of Cross Creek Building Center, Inc., approximately $13,299.17 in U.S. Currency seized from JP Morgan Chase Bank account number 4422322597, held in the name of Cross Creek Building Center, Inc., and approximately $7,807.13 in U.S. Currency seized from JP Morgan Chase Bank account number 3288085894, held in the name of Cross Creek Building Center, Inc., which

STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE                                   4

were seized on or about March 18, 2010.

5. On or about July 13, 2010, Potential Claimant Joseph James Nolan filed a claim, in the administrative forfeiture proceeding, with the DEA with respect to the approximately 178 items of assorted marijuana grow equipment, which was seized on or about May 12, 2010.

6. On or about July 19, 2010, Potential Claimants Joseph James Nolan and Blanca E. Nolan filed a claim, in the administrative forfeiture proceeding, with the DEA with respect to the approximately $572.37 in U.S. Currency seized from JP Morgan Chase Bank account number 825432206, held in the name of K&N Stone Manufacturing, Inc., approximately $134.50 in U.S. Currency seized from JP Morgan Chase Bank account number 8842451457, held in the name of K&N Stone Manufacturing, Inc., and approximately $125.21 in U.S. Currency seized from JP Morgan Chase Bank account number 978666512, held in the name of K&N Stone Manufacturing, Inc., which were seized on or about March 18, 2010.

7. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Potential Claimants have filed a claim to the above-captioned assets as required by law in the administrative forfeiture proceeding.

8. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the above-captioned assets and/or to obtain an indictment alleging that the above-captioned assets are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

9. By Stipulation and Order filed on September 20, 2010, the parties stipulated to extend to December 14, 2010, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

10. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to March 14, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the above-captioned assets and/or to obtain an indictment alleging that the

1  above-captioned assets are subject to forfeiture.

2      11.    Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the above-captioned assets and/or to obtain an indictment alleging that the above-captioned assets are subject to forfeiture shall be further extended to March 14, 2011.

Dated:  November 22, 2010        BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Kelli L. Taylor
                                        KELLI L. TAYLOR
                                        Assistant United States Attorney

Dated:  November 19, 2010        /s/ Anthony P. Capozzi
                                        ANTHONY P. CAPOZZI
                                        Attorney for Potential Claimants
                                        Joseph James Nolan, Blanca Elena Nolan,
                                        Kelsey Esther Nolan, and Esther Casillas
                                        (Original signature retained by attorney)

**ORDER**

**Granted.  No further continuances.**

        IT IS SO ORDERED.

STIPULATION AND ORDER EXTENDING THE UNITED
STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE
AND/OR TO OBTAIN AN INDICTMENT ALLEGING
FORFEITURE                  6

1  **Dated:   November 23, 2010**                    /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING THE UNITED
STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE
AND/OR TO OBTAIN AN INDICTMENT ALLEGING
FORFEITURE                                   7